Sherman S. Jewett et al., as Executors of Grace H. Jewett, Deceased, et al., Respondents, *v.* Commonwealth Bond Corporation, Appellant, and The Harriman National Bank and Trust Company et al., Respondents, Impleaded with Another.

(Submitted April 15, 1935; decided April 23, 1935.)

*John A. Brough* for motion.

*Harvey T. Mann* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days appellant files and serves an undertaking, in which event the motion is denied.

Village of Lynbrook, Respondent, *v.* Carl Otto et al., Appellants.

(Submitted April 15, 1935; decided April 23, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 308.)